IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
JUN 28 2018
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 10-127-BLG-SPW-1 |
| Plaintiff, | |
| vs. | ORDER |
| MATTHEW RUSSELL CAMPBELL, | |
| Defendant. | |

Defendant, through counsel, has filed a Notice of Substitution of Counsel (Doc. 55).

Pursuant to Local Rule 83.3(a) **Substitution and Withdrawal of Counsel**:

When a party changes attorneys, a notice of substitution signed by the incoming and the outgoing attorney must be filed by the incoming attorney.

Defendant's incoming attorney did not obtain the signature of the outgoing attorney. Therefore,

IT IS HEREBY ORDERED that Defendant's Motion for Substitution of Counsel (Doc. 55) is **DENIED** with leave to refile pursuant to Local Rule 83.3(a).

DATED this 28th day of June, 2018.

SUSAN P. WATTERS
United States District Judge

1