IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



**FILED**

JUN 2 9 2018

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 10-127-BLG-SPW-1 |
| Plaintiff, | |
| vs. | ORDER |
| MATTHEW RUSSELL CAMPBELL, | |
| Defendant. | |

Pursuant to the Notice of Substitution of Counsel (Doc. 57) by Daniel Ball

of Hendrickson Law Firm, P.C., 208 N. Broadway, Ste. 324, P.O. Box 2502,

Billings, MT 59103-2502,

IT IS HEREBY ORDERED that Daniel Ball shall be substituted as the

attorney for the Defendant Matthew Russell Campbell. David A. Merchant and the

Federal Defenders of Montana-Billings are hereby relieved as counsel.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 29th day of June, 2018.

SUSAN P. WATTERS
United States District Judge