**FILED**

SEP -7 2018

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 10-127-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| MATTHEW RUSSELL CAMPBELL, | |
| Defendant. | |

For the reasons stated on the record, MATTHEW RUSSELL CAMPBELL is hereby released from the custody of the U.S. Marshals Service at 5:00 p.m. on Sunday, September 9, 2018.

DATED this 7th day of September 2018.

SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE