IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
JUL 17 2019
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 10-127-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER GRANTING TERMINATION OF SUPERVISED RELEASE |
| MATTHEW RUSSELL CAMPBELL, | |
| Defendant. | |

On July 17, 2019, the Court held a revocation hearing on the United States' original and amended petitions for revocation of the Defendant's supervised release (Doc. 73, 84). Based on the Defendant's successful completion of inpatient treatment, the United States moved to dismiss the petition and terminate the Defendant's supervision. The Defendant did not object.

Upon the United States' unopposed motion and for good cause appearing,

IT IS HEREBY ORDERED the United States' motion is GRANTED. The original and amended petitions for revocation are dismissed (Doc. 73, 84). Matthew Campbell's supervised release is terminated as of the date of this Order. The Clerk of Court shall notify counsel of this Order.

1

DATED this 19th day of July 2019.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge